U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JUL 2 5 2024

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. __24-cr-89-wmc__ |
| | 8 U.S.C. § 1326 |
| RAFAEL CRUZ-HERNANDEZ, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 23, 2023, in the Western District of Wisconsin, the defendant,

RAFAEL CRUZ-HERNANDEZ,

an alien, was found in the United States after having been removed, and not having obtained the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2024-07-25

_____
TIMOTHY M. O'SHEA
United States Attorney