# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 8/28/2024    DAY: Wednesday    START TIME: 1:33 pm    END TIME: 1:38 pm
JUDGE/MAG.: SLC    CLERK: JLS    REPORTER: FTR
PROBATION OFFICER: R. Plender    INTERPRETER: L. Garcia-Hein    SWORN: YES ☐ NO ☐
CASE NUMBER: 24-cr-89-wmc    CASE NAME: USA v. Rafael Cruz-Hernandez

**APPEARANCES:**
ASST. U.S. ATTY.: Colleen Lennon    DEFENDANT ATTY.: Alex Vlisides

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) _____;  _____ YR(S) IMPRISONMENT; $_____ FINE;
_____ YEAR(S) SUPERVISED RELEASE;    $_____ SPECIAL ASSESSMENT;    ☐ RESTITUTION.
DEFENDANT AGE: _____    ☒ INDICTMENT/INFORMATION READ    ☐ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE
- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: _____    TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____    MOTIONS DUE: _____
FPTC: _____    FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: _____    OBJECTIONS DUE: _____
SENTENCING: _____ at _____

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 5 min