# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 4/30/25  DAY: Wednesday  START TIME: 11:01 AM  END TIME: 11:26 AM
JUDGE/MAG.: WMC  CLERK: JAT  REPORTER: JD
PROBATION OFFICER: M. Stieve  INTERPRETER: V. Santamaria  SWORN: YES
CASE NUMBER: 24-cr-89-wmc-1  CASE NAME: USA v. Rafael Cruz-Hernandez

**APPEARANCES:**
AUSA: Colleen Lennon  DEFENDANT ATTY.: Zaki Zehawi

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 10  CRIMINAL HISTORY CATEGORY: II
ADVISORY GUIDELINE IMPRISONMENT RANGE: 8 to 14 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT  ☐ INFORMATION
CBOP CT. 1 ; TS MOS.; -- YRS. S/R; $ 100 CA; $ -- REST.; $ -- FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
CBOP: Time Served

TOTAL COURT TIME: 25"